**Order entered June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00539-CV

### IN RE TEN HAGEN EXCAVATING, INC., Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-00454-A**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable D'metria Benson, Judge of County Court at Law No. 1, to **VACATE** her March 24, 2014 "Order Denying Defendant Ten Hagen Excavating, Inc.'s Motion for Plaintiff Jose Castro-Lopez to be Examined by Defendant's Medical Expert." Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order. We **DENY** as moot relator's motion for emergency stay. We **ORDER** that relator recover its costs of this original proceeding from real party in interest.

.

/s/     DAVID EVANS
        JUSTICE